UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEXTER SHOE CO., | NO. 02-CV-2115 (MRK) |
| Plaintiff, | |
| v. | |
| ABS INTERNATIONAL CORP.; DYNO-THANE LLC; and BOWLMASTER BOWLING SUPPLIES, INC., | October 24, 2003 |
| Defendants. | |

### SECOND MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendants respectfully move this Court for an Order extending the time by 30 days, through and including November 24, 2003, for the defendants to respond to the plaintiff's discovery requests directed to the issue of jurisdiction. The original deadline was August 25, 2003, and was extended until October 24, 2003, pursuant to this Court's Order of September 4, 2003. The parties seek this second enlargement of time because the parties have reached an agreement in principle to settle this action, and are in the process of executing the final settlement agreement. The parties therefore request this extension of time to permit them to finalize and document their settlement.

Defendants' counsel, Daniel Carlineo, Esq., has discussed this motion with counsel for the plaintiff. The plaintiff's counsel advised Mr. Carlineo that the plaintiff consents to the granting of the extension sought by this motion in light of the parties' settlement progress.

Accordingly, the defendants respectfully request that the Court grant this Motion and enter an Order extending the deadline to respond to the plaintiff's jurisdictional-discovery requests through and including November 24, 2003.

        Respectfully submitted,

        DEFENDANTS,
        ABS International Corp.;
        Dyno-Thane LLC; and
        Bowlmaster Bowling Supplies, Inc.

By: Thomas J. Murphy (ct07959)
     Cowdery, Ecker & Murphy, L.L.C.
     750 Main Street
     Hartford, CT 06103-2703
     (860) 278-5555 Phone
     (860) 249-0012 Fax
     tmurphy@cemlaw.com

## CERTIFICATE OF SERVICE

I certify that on October 24, 2003, I caused a true and accurate copy of the foregoing Second Motion On Consent for Extension of Time to be sent by first class United States mail, postage prepaid, to:

Gene S. Winter, Esq.
Richard J. Basile, Esq.
David Chen, Esq.
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905-5619
(Counsel to the plaintiff)

Thomas J. Murphy