UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEXTER SHOE CO., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV2115 (MRK) |
| | : | |
| ABS INTERNATIONAL CORP.; | : | |
| DYNO-THANE LLC; and | : | |
| BOWLMASTER BOWLING SUPPLIES, INC., | : | |
| | : | |
| Defendants. | : | |

**ENDORSEMENT ORDER [doc. #28]**

The Second Motion on Consent for Extension of Time [doc. #28] is GRANTED.  The defendants shall respond to the plaintiff's discovery requests directed to the issue of jurisdiction by November 24, 2003.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: October 28, 2003.