UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DEXTER SHOE COMPANY

V.                              Case Number:   3:02cv2115 MRK

ABS INTL CORP ET AL

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>October 28, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 27, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, October 28, 2003.

KEVIN F. ROWE, CLERK

Kenneth K. Gnilardi
Deputy Clerk