# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEXTER SHOE CO., : | NO. 02-CV-2115 (MRK) |
| Plaintiff, : | |
| v. : | |
| ABS INTERNATIONAL CORP.; : | |
| DYNO-THANE LLC; and : | November 24, 2003 |
| BOWLMASTER BOWLING SUPPLIES, INC., : | |
| Defendants. : | |

## THIRD MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the defendants respectfully move this Court for an Order extending the time by 30 days, through and including December 24, 2003, for the defendants to respond to the plaintiff's discovery requests directed to the issue of jurisdiction. The original deadline was August 25, 2003, and was extended until November 24, 2003, pursuant to this Court's Orders of September 4 and October 28, 2003. The parties seek this third enlargement of time because the parties have reached an agreement in principle to settle this action, and are currently executing the final settlement agreement. Finalizing the agreement is taking additional time because, among other things, sales of certain assets have necessitated the involvement of third-parties, and one of the parties to the settlement is Japanese, which requires additional time to allow for the translation of all discussions and documentation. The parties continue to believe that an agreement will be reached, which is why we respectfully request this further extension of time to finalize and document the settlement.

Defendants' counsel, Daniel Carlineo, Esq., has discussed this motion with counsel for the plaintiff. The plaintiff's counsel advised Mr. Carlineo that the plaintiff consents to the granting of the extension sought by this motion in light of the parties' settlement progress.

Accordingly, the defendants respectfully request that the Court grant this Motion and enter an Order extending the deadline to respond to the plaintiff's jurisdictional-discovery requests through and including December 24, 2003.

                              Respectfully submitted,

                              DEFENDANTS,
                              ABS International Corp.;
                              Dyno-Thane LLC; and
                              Bowlmaster Bowling Supplies, Inc.

By: Thomas J. Murphy (ct07959)
     Cowdery, Ecker & Murphy, L.L.C.
     750 Main Street
     Hartford, CT 06103-2703
     (860) 278-5555 Phone
     (860) 249-0012 Fax
     tmurphy@cemlaw.com

## CERTIFICATE OF SERVICE

I certify that on November 24, 2003, I caused a true and accurate copy of the foregoing Third Motion On Consent for Extension of Time to be sent by first class United States mail, postage prepaid, to:

>Gene S. Winter, Esq.
>Richard J. Basile, Esq.
>David Chen, Esq.
>St. Onge Steward Johnston & Reens LLC
>986 Bedford Street
>Stamford, CT 06905-5619
>(Counsel to the plaintiff)

_____
Thomas J. Murphy