IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

Nov 26  12 18 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

|  |  |
|---|---|
| DEXTER SHOE COMPANY and<br>COLUMBIA INSURANCE CO.<br>Plaintiffs<br><br>v.<br><br>ABS INTERNATIONAL CORPORATION<br>DYNO-THANE, LLC and<br>BOWLMASTER BOWLING SUPPLIES, INC.<br><br>Defendants | Civil Action No.<br>302CV2115 (MRK) |

## NOTICE TO COURT PURSUANT TO LOCAL RULE 41

Pursuant to Local Rule 41, and the Court's Notice to Counsel dated October 28, 2003, Plaintiffs respectfully move this Court for an Order extending the time to submit closing papers from November 27, 2003 to December 23, 2003. The parties are located in different countries and are in the process of executing the settlement agreement. However, all the parties' signatures have not yet been acquired.

Plaintiffs' counsel left a message with counsel for Defendants, notifying Defendants' counsel of the filing of this Notice.

Accordingly, Plaintiffs respectfully request that the Court grant this Motion and enter an Order extending the deadline to submit closing papers through and including December 23, 2003.

Respectfully submitted,

11/26/03
Date

By: _____
Gene S. Winter, Esq. (ct05137)
Richard J. Basile, Esq. (ct20491)
David Chen, Esq., (ct21783)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
(203) 324-6155

ATTORNEYS FOR DEXTER AND COLUMBIA

SO ORDERED:

Dated: November ____, 2003

_____
Hon. Mark Kravitz U.S.D.J.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTCE TO COURT PURSUANT TO LOCAL RULE 41 is being served this 26th day of November, 2003 via first class mail, postage prepaid to:

Thomas B. Kenworthy
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5001

Daniel S. Carlineo
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 739-3001

Thomas J. Murphy
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT  06103-2703
(860) 249-0012

11/26/03
Date

[signature: Carrie Cuypers]

3