## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEXTER SHOE CO., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV2115 (MRK) |
| | : | |
| ABS INTERNATIONAL CORP.; | : | |
| DYNO-THANE LLC; and | : | |
| BOWLMASTER BOWLING SUPPLIES, INC., | : | |
| | : | |
| Defendants. | : | |

### **ORDER**

Having considered plaintiffs' Notice To Court Pursuant To Local Rule 41, dated November 26, 2003, plaintiffs are hereby granted an extension of time to December 23, 2003, to file closing papers in this case.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 4, 2003.